**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00462-WYD-NYW

JUSTIN E. SMITH,
CHAD DAY,
SHAYNE HEAP,
RONALD B. BRUCE,
CASEY SHERIDAN,
FREDERICK D. MCKEE,
ADAM J. HAYWARD,
JOHN D. JENSON,
MARK L. OVERMAN,
BURTON PIANALTO,
CHARLES F. MOSER, and
PAUL B. SCHAUB,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER,
Governor of the State of Colorado,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Nina Y. Wang

    This civil action is before the court on Defendant's Unopposed Motion to Vacate and Re-Set Scheduling Conference (the "Motion"). [#16, filed March 26, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order of Reference dated March 5, 2015 [#7] and the memorandum dated March 26, 2015 [#17].

    IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference set for April 30, 2015 is hereby VACATED and reset for **May 27, 2015 at 9:00 a.m.** in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: March 27, 2015

Case 1:15-cv-00462-WYD-NYW   Document 18   Filed 03/27/15   USDC Colorado   Page 2 of 2