IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00462-WYD-NYW

JUSTIN SMITH, et al.

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, in his official capacity as Governor of the State of Colorado,

      Defendant.

---

**GOVERNOR'S REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY AND RESPONSE TO CROSS-MOTION TO RESET SCHEDULING CONFERENCE**

---

Defendant John W. Hickenlooper, in his official capacity as Governor for the State of Colorado, submits the following reply in support of his motion to stay discovery (Doc. 25).

1.     Plaintiffs' response to the Governor's motion to stay discovery included a cross-motion to vacate and reset the scheduling conference for June 10, 2015. *See* Doc. 31, ¶¶ 5-6. The Governor does not oppose vacating the scheduling conference, and if his motion to stay discovery is denied, would not oppose resetting it for June 10, 2015, assuming the availability of that date for the Court. However, as the Governor argued in his motion to stay, the scheduling conference should be vacated altogether and should not be reset unless and until the motion to dismiss is denied.

2.     With respect to requested stay of discovery, the Governor stands on the arguments and authorities in his motion.

Respectfully submitted this 20th day of May, 2015.

CYNTHIA H. COFFMAN
Attorney General

s/ *Matthew D. Grove*
FREDERICK R. YARGER*
Solicitor General
WILLIAM V. ALLEN*
Senior Assistant Attorney General
MATTHEW D. GROVE*
Assistant Solicitor General
*Attorneys for Defendant*

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720-508-6000
FAX:  720-508-6041
E-Mail: fred.yarger@state.co.us
            will.allen@state.co.us
            matt.grove@state.co.us
*Counsel of Record

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2015, I served a true and complete copy of the foregoing **GOVERNOR'S REPLY IN SUPPORT OF MOTION TO STAY DISCOVERY AND RESPONSE TO CROSS-MOTION TO RESET SCHEDULING CONFERENCE** upon all counsel of record through the Court's electronic filing CM/ECF system.

Paul V. Kelly
John J. Commisso
Jackson Lewis PC
75 Park Plaza
Boston, MA 02116

Mark A. de Bernardo
Jackson Lewis PC
10701 Parkridge Blvd., Ste. 300
Reston, VA 20191

Peter F. Munger
Jackson Lewis PC
950 17th Street, Ste. 2600
Denver, CO 80202

/s/  Matthew D. Grove