**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00462-WYD-NYW

JUSTIN E. SMITH,
CHAD DAY,
SHAYNE HEAP,
RONALD B. BRUCE,
CASEY SHERIDAN,
FREDERICK D. MCKEE,
ADAM J. HAYWARD,
JOHN D. JENSON,
MARK L. OVERMAN,
BURTON PIANALTO,
CHARLES F. MOSER, and
PAUL B. SCHAUB,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER,
Governor of the State of Colorado,

    Defendant.

---

## MINUTE ORDER

Entered By Magistrate Nina Y. Wang

    This civil action is before the court on Plaintiffs' Cross-Motion to Reset the Date for the Scheduling Conference (the "Cross-Motion"). [#31, filed May 19, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order of Reference dated March 5, 2015 [#7] and the memorandum dated May 21, 2015 [#35].

    On May 14, 2015, Defendant filed a Motion to Stay Discovery, wherein he asked that the Scheduling Conference be vacated. [#25]. Plaintiffs filed a Brief in Opposition to this Motion on May 19, 2015, wherein they cross-moved for a continuance of the Scheduling Conference to June 10, 2015. Local Rule 7.1(d) prohibits litigants from filing a motion within a response or reply to the original motion. D.C.COLO.LCivR 7.1(d) ("A motion shall be filed as a separate document.") Accordingly,

IT IS ORDERED that the Cross-Motion [#31] is **DENIED** with leave to refile. The Scheduling Conference shall remain set for May 27, 2015 at 9:00 a.m. in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: May 27, 2015