IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00462-WYD-NYW | Date: | June 10, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Counsel* |
|---|---|
| JUSTIN E. SMITH,<br>CHAD DAY,<br>SHAYNE HEAP,<br>RONALD B. BRUCE,<br>CASEY SHERIDAN,<br>FREDERICK D. MCKEE,<br>ADAM J. HAYWARD,<br>JOHN D. JENSON,<br>MARK L. OVERMAN,<br>BURTON PIANALTO,<br>CHARLES F. MOSER,<br>PAUL B. SCHAUB, | *Peter Francis Munger*<br>*Paul V. Kelly* |
| **Plaintiffs,** | |
| v. | |
| JOHN W. HICKENLOOPER, | *Fredrick Richard Yarger*<br>*Matthew David Grove*<br>*William V. Allen* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

Court in Session: 11:01 a.m.

Appearance of counsel.

Parties discuss status of this matter in relation to other pending cases including the Supreme Court case.  Discussion held on Defendants' Motion to Stay Discovery [25] filed on May 14, 2015.

For the reasons stated on the record, it is

**ORDERED: Defendants' Motion to Stay Discovery [25] is GRANTED.**

Parties discuss proposed schedule once case proceeds.

The court does not enter a Scheduling Order at this time.

Court in recess: 11:15 a.m.     Hearing concluded.     Total time in court:  00:14

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.